

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-20-00101-CR

_____

MICHAEL D. MENEFEE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 32,636-A

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Michael D. Menefee has filed a motion to transfer the reporter's record and the clerk's record from the direct appeal of his conviction of murder in cause number 06-05-00204-CR, styled, *Michael D. Menefee v. The State of Texas*, to the present case in which Menefee appeals the denial of his motion for DNA testing. In support of his request, Menefee contends that he will need to refer to various exhibits and portions of testimony from his trial of conviction in this appeal.

Because Menefee is entitled to a complete record in the present appeal, we grant his request and direct the clerk of this court to file the reporter's record and the clerk's record in cause number 06-05-00204-CR, styled, *Michael D. Menefee v. The State of Texas*, in the present case.

IT IS SO ORDERED.

BY THE COURT

Date:   December 22, 2020